**Dated: March 31, 2016**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
Western District Of Tennessee
Eastern Division

In Re:                                                                                    Case No.  15-10715
SHEILA D. KING
Debtor(s)                                                                                 Chapter 13

**ORDER SUBSTITUTING CREDITOR**

In this cause it appearing to the Court from the statements of the Chapter 13 Trustee based upon proofs of claim, documents, schedules and the proposed plan filed with the Court as well as any documents submitted to the Chapter 13 Trustee and a reasonable investigation of the same that the debtor(s) plan should be amended,

THEREFORE:

SN SERVICING CORPORATION
IGLOO SERIES II TRUST
BANK OF TEXAS
P.O. BOX 660820
DALLAS, TX 75266-0820

is hereby substituted for

SELECT PORTFOLIO SERVICING INC. SVCR FOR
DLJ MORTGAGE CAPITAL INC.
ATTN: REMITTANCE PROCESSING
P.O. BOX 65450
SALT LAKE CITY, UT 84165-0450

**The creditors and/or debtor(s) shall have 20 days from the entry of this order to object and if not done within the prescribed time, this order shall become final.**

**CC:** **Chapter 13 Trustee**
**KEM**

    **Debtor(s):** SHEILA D. KING
                      1120 GAIL CIRCLE
                      DYERSBURG, TN 38024

    **Attorney:** KEN WALKER
                      WALKER, WALKER & WALKER
                      PO BOX 530
                      LEXINGTON, TN 38351-0530

    **Creditor:** SN SERVICING CORPORATION
                      IGLOO SERIES II TRUST
                      BANK OF TEXAS
                      P.O. BOX 660820
                      DALLAS, TX 75266-0820

    **Creditor:** SELECT PORTFOLIO SERVICING INC. SVCR FOR
                      DLJ MORTGAGE CAPITAL INC.
                      ATTN: REMITTANCE PROCESSING
                      P.O. BOX 65450
                      SALT LAKE CITY, UT 84165-0450

**#428**